

IN THE
TENTH COURT OF APPEALS

No. 10-15-00023-CV

MICHAEL D. EADES AND REBECCA EADES,

Appellants

v.

SUNRISE ESTATES PROPERTY OWNERS
ASSOCIATION,

Appellee

From the 13th District Court
Navarro County, Texas
Trial Court No. 09-17965-CV

## ORDER

This appeal was referred to mediation on February 26, 2015. A mediator was assigned by order dated April 16, 2015. Mediation was to occur within 30 days from the date the mediator was assigned. The parties have now filed an agreed motion to vacate our order referring this appeal to mediation. The motion is granted. The Court's February 26, 2015 and April 16, 2015 orders are hereby vacated.

The suspension of the appeal and all appellate deadlines is lifted. The reporter was given an extension of time to file the reporter's record until May 4, 2015. At this time, the reporter's record has been filed. All other appellate timelines will proceed as normal.

PER CURIAM

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Motion granted
Orders vacated
Order issue and filed May 14, 2015

